AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| OREGON CATHOLIC PRESS, an Oregon nonprofit corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>VINCE AMBROSETTI, TRUSTEE OF VINCE AMBROSETTI MINISTRIES aka INTERNATIONAL LITURGY PUBLICATIONS, a 501(c)(3) trust, LAMB PUBLICATIONS, LLC, a Tennessee limited liability company, VINCE AMBROSETTI, an individual, and DOES 1-10, inclusive.<br><br>*Defendant(s)* | Civil Action No. 3:16-cv-651-BR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vince Ambrosetti - President
International Liturgy Publications (ILP)
5137 Murfreesboro Road
College Grove, TN 37046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard DuBoff
6665 SW Hampton Street, Suite 200
Portland, Oregon 97223-8357

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/18/2016**                  **By: s/Elizabeth Potter, Deputy Clerk**