AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VINCE AMBROSETTI, ETAL
was received by me on *(date)* 4-21-2016 .

☒ I personally served the summons on the individual at *(place)* 5137 MURFREESBORO Rd
COLLEGE GROVE TN 37046 on *(date)* 4-27-2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-27-2016

Kyle Wilson
*Server's signature*

KYLE WILSON
*Printed name and title*

5400 N. BERRYS CHAPEL Rd. Franklin TN
*Server's address*
37069
615-955-0545

Additional information regarding attempted service, etc:

RECEIVED
MAY 02 2016